IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOMAS RUIZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1692 |
| | § | |
| | § | |
| GVMS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the order granting approval of the settlement agreement and with the terms of that settlement, final judgment is entered dismissing the plaintiffs' claims, with prejudice.

SIGNED on September 25, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge